IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WAYNE GARDNER                                                                                          PLAINTIFF

V.                                                                         CAUSE NO.: 2:12CV213-SA-JMV

MINNESOTA LIFE INSURANCE COMPANY                                            DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day,

(1) Minnesota Life's Motion for Summary Judgment [17] is GRANTED;

(2) Gardner's cross-Motion for Summary Judgment [19] is DENIED.

(3) Judgment is entered in favor of Minnesota Life Insurance Company.

(4) This case is CLOSED.

SO ORDERED, this the 27th day of March, 2014.

                                                   **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT JUDGE**